IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT LYNN BALLERING,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **No. 20-6343** |
| | : | |
| **ALL STATE ATTORNEY** | : | |
| **GENERALS LEMON LAW,** *et al.,* | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **28th** day of **December 2020**, this case is hereby **DISMISSED** in its entirety without prejudice for failure to satisfy Rule 8 of the Federal Rules of Civil Procedure.[1]

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). While detailed allegations are not required, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citations omitted).